# Case # 17ED051013 - The Connor Group LLC AAF 1660 Peachtree S

## Envelope Information

**Envelope Id**
2008837

**Submitted Date**
12/15/2017 11:05 AM EST

**Submitted User Name**
stephanie_pittman@gand.uscourts.gov

## Case Information

**Location**
Fulton Magistrate Court

**Category**
Civil

**Case Type**
DISPOSSESSORY

**Case Initiation Date**
10/10/2017

**Case #**
17ED051013

## Filings

**Filing Type**
EFile

**Filing Code**
NOTICE

**Filing Description**
Order of Remand from the United States District Court, Northern District

**Client Reference Number**
1:17-cv-04387-ODE

**Filing Status**
Submitting

## Lead Document

| File Name | Description | Security | Download |
|---|---|---|---|
| 1-17-cv-04387-ODE Transmittal.pdf | Order of Remand | | Original File |

## Fees

**NOTICE**

| | Description | Amount |
|---|---|---|
| | Filing Fee | $0.00 |
| | **Filing Total:** | **$0.00** |

|  |  |
|---|---|
| Total Filing Fee | $0.00 |
| **Envelope Total:** | $0.00 |
| *Waiver selected* | |

| | |
|---|---|
| **Party Responsible for Fees** | LESLIE ALEXANDER |
| **Payment Account** | Clerk, U.S. District Cour… |
| **Filing Attorney** | James Hatten |

© 2017 Tyler Technologies

Version: 2017.0.5.115